# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHRAF FATHY MOHAMAD RAMADAN, ) | 1:07-cv-0089 OWW TAG |
| ) | |
| Plaintiff, ) | ORDER GRANTING, IN PART, |
| ) | DEFENDANTS' REQUEST FOR AN |
| v. ) | EXTENSION OF TIME TO FILE |
| ) | AN ANSWER |
| MICHAEL CHERTOFF, et al., ) | |
| ) | |
| Defendants. ) | |

Defendants have made a second request for an extension of time in which to file an answer and order.  Defendants represent that they need an additional sixty (60) days to complete the background name check and security check.

The Defendants have since March 16, 2007, had an extension to complete this check of background name and security.

The Defendants' second motion for an extension of time in which to file an answer and order is granted in part.  Defendants shall have through and including June 15, 2007, to complete the background and security check.  If not completed, Defendants shall file an answer to the complaint.

SO ORDERED.

1

1
2  DATED:   May 17, 2007.
3
4                                              ___/s/ Oliver W. Wanger_
                                                   Oliver W. Wanger
5                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28